# DESIGNATION OF DISTRICT JUDGE
# FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

_____

WHEREAS, in my judgment the public interest so requires: Now, therefore pursuant to the authority vested in me by Title 28, United States Code, Section 292(b), I do hereby designate and assign the Honorable Donald C. Coggins, Jr., United States District Judge for the District of South Carolina, to hold a district court in the Western District of North Carolina in the cases of *Meyers v. Serap et al.,* No. 1:23-cv-166-MR-SCR; *Meyers v. U.S.*, No. 3:23-cv-460-MR-SCR; *Meyers v. U.S.*, No. 3:23-cv-461-MR; *Meyers v. Duncan et al.*, No. 5:23-cv-79-MR-SCR; *Meyers v. Marshall et al.*, No. 5:23-cv-80-MOC; *Meyers v. Alexander CI Wardens*, No. 5:23-cv-81-MR (Habeas); *Meyers v. Freeman et al.*, No. 5:23-cv-104-MR-DCK; and *Meyers v. Sigmon et al.*, No. 5:23-cv-115-MR-SCR, for such time as needed in advance to prepare and thereafter as required to complete unfinished business in the matters.

_____
Albert Diaz
Chief Judge
Fourth Circuit

Dated: September 14, 2023

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
Fifth Third Center
201 North Tryon Street, Suite 1440
Charlotte, North Carolina 28202

CHAMBERS OF
Albert Diaz
Chief Judge

Telephone (704) 333-8025
Fax (704) 333-8962

September 14, 2023

Hon. Donald C. Coggins, Jr.
U.S. District Judge
District of South Carolina

Re:     Designation to the United States District Court for the Western District of North Carolina
*Meyers v. Serap et al.,* No. 1:23-cv-166-MR-SCR
*Meyers v. U.S.*, No. 3:23-cv-460-MR-SCR
*Meyers v. U.S.*, No. 3:23-cv-461-MR
*Meyers v. Duncan et al.*, No. 5:23-cv-79-MR-SCR
*Meyers v. Marshall et al.*, No. 5:23-cv-80-MOC
*Meyers v. Alexander CI Wardens*, No. 5:23-cv-81-MR (Habeas)
*Meyers v. Freeman et al.*, No. 5:23-cv-104-MR-DCK
*Meyers v. Sigmon et al.*, No. 5:23-cv-115-MR-SCR

Dear Judge Coggins:

Enclosed is a Designation for you to sit with the United States District Court for the Western District of North Carolina. The Designation is made pursuant to 28 U.S.C. § 292(b) in connection with the above-referenced cases.

Thank you for agreeing to assist the district court in these matters.

Sincerely,

Albert Diaz

Enclosure

cc:     Hon. R. Bryan Harwell
Hon. Martin Reidinger
James N. Ishida
Nwamaka Anowi
Stephanie Vassar
Robin L. Blume
Katherine H. Simon