IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

### ORDER

**In the Matter of the Designation of a Magistrate Judge for Service in Another District**

Pursuant to 28 U.S.C. § 636(f), in an emergency and upon the concurrence of the chief judges of the districts involved, a United States magistrate judge may be temporarily assigned to perform any of the duties specified in subsections (a), (b), or (c) of this section in a judicial district other than the judicial district for which he or she has been appointed. No magistrate judge shall perform any of such duties in a district to which he or she has been temporarily assigned until an order has been issued by the chief judge of such district specifying the emergency by reason of which the magistrate judge is being transferred, the duration of his or her assignment, and the duties which he or she is authorized to perform.

Due to a conflict of interest concerning district and magistrate judges in the Western District of North Carolina, the Fourth Circuit Court of Appeals has assigned the following civil cases in the Western District of North Carolina to the Hon. Kevin F. McDonald, United States Magistrate Judge for the District of South Carolina: *Meyers v. Serap et al.*, No. 1:23-cv-166-MR-SCR; *Meyers v. U.S.*, No. 3:23-cv-460-MR-SCR; *Meyers v. U.S.*, No. 3:23-cv-461-MR; *Meyers v. Duncan et al.*, No. 5:23-cv-79-MR-SCR; *Meyers v. Marshall et al.*, No. 5:23-cv-80-MOC; *Meyers v. Alexander CI Wardens*, No. 5:23-cv-81-MR (Habeas); *Meyers v. Freeman et al.*, No. 5:23-cv-104-MR-DCK; and *Meyers v. Sigmon et al.*, No. 5:23-cv-115-MR-SCR.

For this reason, the court certifies the need for assistance from a visiting U.S. magistrate judge from the District of South Carolina, the Hon. Kevin F. McDonald, during the pendency of these cases in the court.

**THEREFORE, IT IS ORDERED**, with the concurrence of the Hon. R. Bryan Harwell, Chief Judge of the District of South Carolina, that United States Magistrate Judge Kevin F. McDonald is hereby designated to hold court and perform any and all judicial duties designated under 28 U.S.C. §636, subsections (a), (b), and (c) in the Western District of North Carolina on an as-needed basis during the pendency of these cases.

**Dated this thirteenth day of September, 2023**

Honorable Martin Reidinger
Chief Judge

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
100 Otis Street
Asheville, NC 28801

Martin Reidinger
Chief District Judge

100 Otis Street, Suite 200
Asheville, NC 28801-2611

September 13, 2023

Hon. Kevin F. McDonald
U.S. Magistrate Judge
District of South Carolina

Re:     Designation to the United States District Court for the Western District of North Carolina
*Meyers v. Serap et al.*, No. 1:23-cv-166-MR-SCR
*Meyers v. U.S.*, No. 3:23-cv-460-MR-SCR
*Meyers v. U.S.*, No. 3:23-cv-461-MR
*Meyers v. Duncan et al.*, No. 5:23-cv-79-MR-SCR
*Meyers v. Marshall et al.*, No. 5:23-cv-80-MOC
*Meyers v. Alexander CI Wardens*, No. 5:23-cv-81-MR (Habeas)
*Meyers v. Freeman et al.*, No. 5:23-cv-104-MR-DCK
*Meyers v. Sigmon et al.*, No. 5:23-cv-115-MR-SCR

Dear Judge McDonald:

Enclosed is a Designation for you to sit with the United States District Court for the Western District of North Carolina. The Designation is made pursuant to 28 U.S.C. § 636(f) in connection with the above-referenced cases.

Thank you for agreeing to assist the district court in these matters.

Sincerely,

Martin Reidinger

Enclosure

cc:     Hon. Albert Diaz
Hon. R. Bryan Harwell
James N. Ishida
Nwamaka Anowi
Stephanie Vassar
Robin L. Blume
Katherine H. Simon