# DESIGNATION OF DISTRICT JUDGE
# FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

_____

WHEREAS, in my judgment the public interest so requires: Now, therefore pursuant to the authority vested in me by Title 28, United States Code, Section 292(b), I do hereby designate and assign the Honorable Donald C. Coggins, Jr., United States District Judge for the District of South Carolina, to hold a district court in the Western District of North Carolina in the case of *Meyers v. Honeycutt et al.,* No. 5:23−cv−00184−FDW, for such time as needed in advance to prepare and thereafter as required to complete unfinished business in the matters.

_____
Albert Diaz
Chief Judge
Fourth Circuit

Dated: November 20, 2023