**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
100 Otis Street
Asheville, NC 28801-2611

Martin Reidinger
United States District Judge

100 Otis Street, Suite 200
Asheville, NC 28801-2611

November 29, 2023

Hon. Kevin F. McDonald
U.S. Magistrate Judge
District of South Carolina

Re:    Designation to the United States District Court for the Western District of North Carolina *Meyers v. Ishee et al.*, No. 5:23−cv−00189−MR

Dear Judge McDonald:

    Enclosed is a Designation for you to sit with the United States District Court for the Western District of North Carolina. The Designation is made pursuant to 28 U.S.C. § 636(f) in connection with the above-referenced case.

    Thank you for agreeing to assist the district court in these matters.

Sincerely,

Martin Reidinger

Enclosure

cc:    Hon. Albert Diaz
       Hon. R. Bryan Harwell
       James N. Ishida
       Nwamaka Anowi
       Stacy W. Price
       Stephanie Vassar
       Robin L. Blume
       Katherine H. Simon
       Tammy Hightower
       IntercircuitAssignmentCommittee@ao.uscourts.gov

# IN THE
# UNITED STATES DISTRICT COURT
# FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA

## ORDER

### In the Matter of the Designation of a Magistrate Judge for Service in Another District

Pursuant to 28 U.S.C. § 636(f), in an emergency and upon the concurrence of the chief judges of the districts involved, a United States magistrate judge may be temporarily assigned to perform any of the duties specified in subsections (a), (b), or (c) of this section in a judicial district other than the judicial district for which he or she has been appointed. No magistrate judge shall perform any of such duties in a district to which he or she has been temporarily assigned until an order has been issued by the chief judge of such district specifying the emergency by reason of which the magistrate judge is being transferred, the duration of his or her assignment, and the duties which he or she is authorized to perform.

Due to a conflict of interest concerning district and magistrate judges in the Western District of North Carolina, the following civil case in the Western District of North Carolina is assigned to the Hon. Kevin F. McDonald, United States Magistrate Judge for the District of South Carolina: *Meyers v. Ishee et al.,* No. 5:23-cv-00189-MR.

**THEREFORE, IT IS ORDERED,** with the concurrence of the Hon. R. Bryan Harwell, Chief Judge of the District of South Carolina, that United States Magistrate Judge Kevin F. McDonald is hereby designated to hold court and perform any and all judicial duties designated under 28 U.S.C. §636, subsections (a), (b), and (c) in the Western District of North Carolina on an as-needed basis during the pendency of these cases.

**Dated this twenty-ninth day of November, 2023.**

_____
Honorable Martin Reidinger
Chief Judge

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
100 Otis Street
Asheville, NC 28801-2611

Martin Reidinger
United States District Judge

100 Otis Street, Suite 200
Asheville, NC 28801-2611

November 29, 2023

Hon. Kevin F. McDonald
U.S. Magistrate Judge
District of South Carolina

Re: Designation to the United States District Court for the Western District of North Carolina
*Meyers v. Biecker et al.*, No. 5:23–cv–00187–MR

Dear Judge McDonald:

Enclosed is a Designation for you to sit with the United States District Court for the Western District of North Carolina. The Designation is made pursuant to 28 U.S.C. § 636(f) in connection with the above-referenced case.

Thank you for agreeing to assist the district court in these matters.

Sincerely,

Martin Reidinger

Enclosure

cc: Hon. Albert Diaz
Hon. R. Bryan Harwell
James N. Ishida
Nwamaka Anowi
Stacy W. Price
Stephanie Vassar
Robin L. Blume
Katherine H. Simon
Tammy Hightower
IntercircuitAssignmentCommittee@ao.uscourts.gov

# IN THE
# UNITED STATES DISTRICT COURT
# FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA

## ORDER

### In the Matter of the Designation of a Magistrate Judge for Service in Another District

Pursuant to 28 U.S.C. § 636(f), in an emergency and upon the concurrence of the chief judges of the districts involved, a United States magistrate judge may be temporarily assigned to perform any of the duties specified in subsections (a), (b), or (c) of this section in a judicial district other than the judicial district for which he or she has been appointed. No magistrate judge shall perform any of such duties in a district to which he or she has been temporarily assigned until an order has been issued by the chief judge of such district specifying the emergency by reason of which the magistrate judge is being transferred, the duration of his or her assignment, and the duties which he or she is authorized to perform.

Due to a conflict of interest concerning district and magistrate judges in the Western District of North Carolina, the following civil case in the Western District of North Carolina is assigned to the Hon. Kevin F. McDonald, United States Magistrate Judge for the District of South Carolina: *Meyers v. Biecker et al.*, No. 5:23–cv–00187–MR.

**THEREFORE, IT IS ORDERED**, with the concurrence of the Hon. R. Bryan Harwell, Chief Judge of the District of South Carolina, that United States Magistrate Judge Kevin F. McDonald is hereby designated to hold court and perform any and all judicial duties designated under 28 U.S.C. §636, subsections (a), (b), and (c) in the Western District of North Carolina on an as-needed basis during the pendency of these cases.

**Dated this twenty-ninth day of November, 2023.**

_____
Honorable Martin Reidinger
Chief Judge

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
100 Otis Street
Asheville, NC 28801-2611

Martin Reidinger 100 Otis Street, Suite 200
United States District Judge Asheville, NC 28801-2611

November 29, 2023

Hon. Kevin F. McDonald
U.S. Magistrate Judge
District of South Carolina

Re: Designation to the United States District Court for the Western District
 of North Carolina Meyers v. Honeycutt et al., No. 5:23cv00184-FDW

Dear Judge McDonald:

Enclosed is a Designation for you to sit with the United States District Court for the Western District of North Carolina. The Designation is made pursuant to 28 U.S.C. § 636(f) in connection with the above-referenced case.

Thank you for agreeing to assist the district court in these matters.

Sincerely,

Martin Reidinger

Enclosure

cc: Hon. Albert Diaz
 Hon. R. Bryan Harwell
 James N. Ishida
 Nwamaka Anowi
 Stacy W. Price
 Stephanie Vassar
 Robin L. Blume
 Katherine H. Simon
 Tammy Hightower
 IntercircuitAssignmentCommittee@ao.uscourts.gov

# IN THE
# UNITED STATES DISTRICT COURT
# FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA

## ORDER

### In the Matter of the Designation of a Magistrate Judge for Service in Another District

Pursuant to 28 U.S.C. § 636(f), in an emergency and upon the concurrence of the chief judges of the districts involved, a United States magistrate judge may be temporarily assigned to perform any of the duties specified in subsections (a), (b), or (c) of this section in a judicial district other than the judicial district for which he or she has been appointed. No magistrate judge shall perform any of such duties in a district to which he or she has been temporarily assigned until an order has been issued by the chief judge of such district specifying the emergency by reason of which the magistrate judge is being transferred, the duration of his or her assignment, and the duties which he or she is authorized to perform.

Due to a conflict of interest concerning district and magistrate judges in the Western District of North Carolina, the following civil case in the Western District of North Carolina is assigned to the Hon. Kevin F. McDonald, United States Magistrate Judge for the District of South Carolina: Meyers v. Honeycutt et al., No. 5:23cv00184-FDW

**THEREFORE, IT IS ORDERED**, with the concurrence of the Hon. R. Bryan Harwell, Chief Judge of the District of South Carolina, that United States Magistrate Judge Kevin F. McDonald is hereby designated to hold court and perform any and all judicial duties designated under 28 U.S.C. §636, subsections (a), (b), and (c) in the Western District of North Carolina on an as-needed basis during the pendency of these cases.

**Dated this twenty-ninth day of November, 2023.**

_____
Honorable Martin Reidinger
Chief Judge

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
100 Otis Street
Asheville, NC 28801-2611

Martin Reidinger
United States District Judge

100 Otis Street, Suite 200
Asheville, NC 28801-2611

November 29, 2023

Hon. Kevin F. McDonald
U.S. Magistrate Judge
District of South Carolina

Re: Designation to the United States District Court for the Western District of North Carolina Meyers v. Hedrick et al., No. 5:23cv00182-MR

Dear Judge McDonald:

Enclosed is a Designation for you to sit with the United States District Court for the Western District of North Carolina. The Designation is made pursuant to 28 U.S.C. § 636(f) in connection with the above-referenced case.

Thank you for agreeing to assist the district court in these matters.

Sincerely,

Martin Reidinger

Enclosure

cc: Hon. Albert Diaz
Hon. R. Bryan Harwell
James N. Ishida
Nwamaka Anowi
Stacy W. Price
Stephanie Vassar
Robin L. Blume
Katherine H. Simon
Tammy Hightower
IntercircuitAssignmentCommittee@ao.uscourts.gov

# IN THE
# UNITED STATES DISTRICT COURT
# FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA

## ORDER

### In the Matter of the Designation of a Magistrate Judge for Service in Another District

Pursuant to 28 U.S.C. § 636(f), in an emergency and upon the concurrence of the chief judges of the districts involved, a United States magistrate judge may be temporarily assigned to perform any of the duties specified in subsections (a), (b), or (c) of this section in a judicial district other than the judicial district for which he or she has been appointed. No magistrate judge shall perform any of such duties in a district to which he or she has been temporarily assigned until an order has been issued by the chief judge of such district specifying the emergency by reason of which the magistrate judge is being transferred, the duration of his or her assignment, and the duties which he or she is authorized to perform.

Due to a conflict of interest concerning district and magistrate judges in the Western District of North Carolina, the following civil case in the Western District of North Carolina is assigned to the Hon. Kevin F. McDonald, United States Magistrate Judge for the District of South Carolina: Meyers v. Hedrick et al., No. 5:23cv00182-MR

**THEREFORE, IT IS ORDERED**, with the concurrence of the Hon. R. Bryan Harwell, Chief Judge of the District of South Carolina, that United States Magistrate Judge Kevin F. McDonald is hereby designated to hold court and perform any and all judicial duties designated under 28 U.S.C. §636, subsections (a), (b), and (c) in the Western District of North Carolina on an as-needed basis during the pendency of these cases.

**Dated this twenty-ninth day of November, 2023.**

Honorable Martin Reidinger
Chief Judge

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
100 Otis Street
Asheville, NC 28801-2611

Martin Reidinger  
United States District Judge

100 Otis Street, Suite 200  
Asheville, NC 28801-2611

November 29, 2023

Hon. Kevin F. McDonald  
U.S. Magistrate Judge  
District of South Carolina

Re:   Designation to the United States District Court for the Western District  
of North Carolina Meyers v. Hedrick et al., No. 5:23cv00181GCM

Dear Judge McDonald:

Enclosed is a Designation for you to sit with the United States District Court for the Western District of North Carolina. The Designation is made pursuant to 28 U.S.C. § 636(f) in connection with the above-referenced case.

Thank you for agreeing to assist the district court in these matters.

Sincerely,

Martin Reidinger

Enclosure

cc:   Hon. Albert Diaz  
Hon. R. Bryan Harwell  
James N. Ishida  
Nwamaka Anowi  
Stacy W. Price  
Stephanie Vassar  
Robin L. Blume  
Katherine H. Simon  
Tammy Hightower  
IntercircuitAssignmentCommittee@ao.uscourts.gov

# IN THE
# UNITED STATES DISTRICT COURT
# FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA

## ORDER

### In the Matter of the Designation of a Magistrate Judge for Service in Another District

Pursuant to 28 U.S.C. § 636(f), in an emergency and upon the concurrence of the chief judges of the districts involved, a United States magistrate judge may be temporarily assigned to perform any of the duties specified in subsections (a), (b), or (c) of this section in a judicial district other than the judicial district for which he or she has been appointed. No magistrate judge shall perform any of such duties in a district to which he or she has been temporarily assigned until an order has been issued by the chief judge of such district specifying the emergency by reason of which the magistrate judge is being transferred, the duration of his or her assignment, and the duties which he or she is authorized to perform.

Due to a conflict of interest concerning district and magistrate judges in the Western District of North Carolina, the following civil case in the Western District of North Carolina is assigned to the Hon. Kevin F. McDonald, United States Magistrate Judge for the District of South Carolina: Meyers v. Hedrick et al., No. 5:23cv00181GCM.

**THEREFORE, IT IS ORDERED**, with the concurrence of the Hon. R. Bryan Harwell, Chief Judge of the District of South Carolina, that United States Magistrate Judge Kevin F. McDonald is hereby designated to hold court and perform any and all judicial duties designated under 28 U.S.C. §636, subsections (a), (b), and (c) in the Western District of North Carolina on an as-needed basis during the pendency of these cases.

**Dated this twenty-ninth day of November, 2023.**

_____
Honorable Martin Reidinger
Chief Judge

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
100 Otis Street
Asheville, NC 28801-2611

Martin Reidinger
United States District Judge

100 Otis Street, Suite 200
Asheville, NC 28801-2611

November 29, 2023

Hon. Kevin F. McDonald
U.S. Magistrate Judge
District of South Carolina

Re: Designation to the United States District Court for the Western District of North Carolina *Meyers v. Hoffman.*, No. 5:23-cv-00168-FDW

Dear Judge McDonald:

Enclosed is a Designation for you to sit with the United States District Court for the Western District of North Carolina. The Designation is made pursuant to 28 U.S.C. § 636(f) in connection with the above-referenced case.

Thank you for agreeing to assist the district court in these matters.

Sincerely,

Martin Reidinger

Enclosure

cc: Hon. Albert Diaz
Hon. R. Bryan Harwell
James N. Ishida
Nwamaka Anowi
Stacy W. Price
Stephanie Vassar
Robin L. Blume
Katherine H. Simon
Tammy Hightower
IntercircuitAssignmentCommittee@ao.uscourts.gov

# IN THE
# UNITED STATES DISTRICT COURT
# FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA

## ORDER

### In the Matter of the Designation of a Magistrate Judge for Service in Another District

Pursuant to 28 U.S.C. § 636(f), in an emergency and upon the concurrence of the chief judges of the districts involved, a United States magistrate judge may be temporarily assigned to perform any of the duties specified in subsections (a), (b), or (c) of this section in a judicial district other than the judicial district for which he or she has been appointed. No magistrate judge shall perform any of such duties in a district to which he or she has been temporarily assigned until an order has been issued by the chief judge of such district specifying the emergency by reason of which the magistrate judge is being transferred, the duration of his or her assignment, and the duties which he or she is authorized to perform.

Due to a conflict of interest concerning district and magistrate judges in the Western District of North Carolina, the following civil case in the Western District of North Carolina is assigned to the Hon. Kevin F. McDonald, United States Magistrate Judge for the District of South Carolina: *Meyers v. Hoffman et al.*, No. 5:23–cv–00168-FDW.

**THEREFORE, IT IS ORDERED,** with the concurrence of the Hon. R. Bryan Harwell, Chief Judge of the District of South Carolina, that United States Magistrate Judge Kevin F. McDonald is hereby designated to hold court and perform any and all judicial duties designated under 28 U.S.C. §636, subsections (a), (b), and (c) in the Western District of North Carolina on an as-needed basis during the pendency of these cases.

**Dated this twenty-ninth day of November, 2023.**

Honorable Martin Reidinger
Chief Judge